IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA & MICHAEL HAINES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 1:14-CV-1244-ODE |
| ALLSTATE VEHICLE AND PROPERTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW, the parties, Plaintiffs, Linda Haines and Michael Haines and Defendant, Allstate Vehicle and Property Insurance Company, by and through their respective counsel, and hereby file this Joint Stipulation of Voluntary Dismissal With Prejudice, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P.  Pursuant to this Dismissal, all parties dismiss, with prejudice, any and all claims contained in the pleadings and pursuant to the terms in the Release, and the parties will bear their own costs.

Respectfully submitted this 1st day of July, 2014.

                Respectfully submitted,

                MBW LAW, LLC


                */s/ Michael B. Weinstein (by WEZ)*
                MICHAEL B. WEINSTEIN
                Georgia State Bar No. 746386
                *(signed with express permission by*
                *William E. Zschunke)*

                ***Attorney for Plaintiff***

949 Image Avenue – Suite B
Atlanta, GA  30318
Telephone: (404) 228-2629
Facsimile: (888) 231-0613
mike.weinstein@mbwlaw.net

                WEBB, ZSCHUNKE, NEARY
                & DIKEMAN, LLP


                */s/ William E. Zschunke*
                WILLIAM E. ZSCHUNKE
                Georgia State Bar No. 786650

                ***Attorney for Defendant***

One Securities Centre, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA 30305
Telephone: (404) 264-1080
Facsimile: (404) 264-4520
wzschunke@wznd.net

2